**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:17-cv-02979-REB-KMT

KEIKO KAWAHARA,

    Plaintiff,

v.

GUARANTY BANK AND TRUST, a Colorado corporation,

    Defendant.

---

**JOINT MOTION FOR ENTRY OF A PROTECTIVE ORDER**

---

Plaintiff, Keiko Kawahara, and Defendant, Guaranty Bank and Trust Company, (jointly, "the Parties"), by and through their undersigned counsel, hereby jointly move for entry of the Protective Order submitted as an attachment hereto concerning the discovery and use of certain confidential information in this case. As grounds for this Motion, the Parties state as follows:

Discovery in this action will involve the disclosure of confidential, proprietary, or private information for which special protection from public disclosure and from use for any purpose other than prosecuting or defending against this litigation is warranted.

The confidential and proprietary material that may be produced in this action includes, but is not limited to: (a) information relating to Plaintiff concerning personal and confidential matters not generally known to the public, such as, but not limited to, income information; (b) personnel information of current or former employees of Defendant

containing information that is not generally known to the public; (c) information containing Defendant's trade secrets; (d) Defendant's business records and communications that contain confidential and proprietary business information; and (e) reports produced, generated and disseminated regarding Defendant's banking operations. As a result, the Parties have agreed to the attached Protective Order to govern confidential documents and information disclosed in this case.

This Protective Order is needed to ensure fair and efficient completion of discovery while protecting the Parties' and third-parties' rights in such confidential, sensitive information and minimizing judicial intervention in the discovery process.

The Parties' proposed Protective Order does not restrict public access to any documents filed with the Court. Nor does the Parties' proposed Protective Order place any restrictions on the Parties' ability to use any documents produced in discovery for purposes of this litigation.

WHEREFORE, for the reasons stated above, Plaintiff Keiko Kawahara and Defendant Guaranty Bank and Trust Company hereby jointly request the Court enter the Proposed Protective Order that is tendered herewith.

Submitted this 20th day of April, 2018.

| | |
|---|---|
| *s/ Ralph G. Torres* | *s/ Michelle B. Muhleisen* |
| Ralph G. Torres | Stephen B. Rotter |
| Law Office of Ralph G. Torres | Michelle B. Muhleisen |
| 1801 Broadway, Suite 1400 | Ogletree, Deakins, Nash, Smoak & Stewart, P.C. |
| Denver, CO 80202 | 1700 Lincoln Street, Suite 4650 |
| Telephone: 303.297.8427 | Denver, CO  80203 |
| Facsimile: 303.292.0522 | Telephone:  303.764.6800 |
| rgtorres99@aol.com | Facsimile:  303.831.9246 |
| | stephen.rotter@ogletree.com |
| | michelle.muhleisen@ogletree.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant Guaranty Bank and Trust* |

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of April, 2018, I electronically filed the foregoing **JOINT MOTION FOR ENTRY OF A PROTECTIVE ORDER** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

LAW OFFICE OF RALPH G. TORRES
    Ralph G. Torres
    1801 Broadway, Suite 1400
    Denver, Colorado 80202
    Phone: 303-297-8427; Fax 303-292-0522
    RGTorres99@aol.com
    Attorney for Plaintiff

                                        *s/ Celynda Peck*
                                        Celynda Peck, Practice Assistant